1  Timothy L. Alger, Bar No. 160303
   TAlger@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, California  94304-1212
   Telephone:  650.838.4300
5  Facsimile:  650.838.4350

6  Attorneys for Defendant
   Facebook, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SIKHS FOR JUSTICE "SFJ", INC.,  | Case No. 5:15-cv-02442-HRL
12 |                 Plaintiff,      | **NOTICE OF APPEARANCE OF SUNITA BALI FOR DEFENDANT FACEBOOK, INC.**
13 |     v.                          |
14 | FACEBOOK, INC.,                 |
15 |                 Defendant.      |

TO THE COURT,  ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sunita Bali of Perkins Coie LLP hereby appears as counsel for Defendant Facebook, Inc. in the above-referenced action. Please serve all pleadings, orders, notices, correspondence and other documents with regard to the above-referenced action on:

> Sunita Bali
> SBali@perkinscoie.com
> Perkins Coie LLP
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
> Telephone: 650.838.4300
> Facsimile: 650.838.4350

Dated:  June 18, 2015               PERKINS COIE LLP

                                    By:  _____/s/  Sunita Bali_____
                                              Sunita Bali

                                    Attorneys for Defendant
                                    FACEBOOK, INC.

-1-   NOTICE OF APPEARANCE OF SUNITA BALI FOR FACEBOOK, INC.
CASE NO. 5:15-CV-02442-HRL