| | |
|---|---|
| 1 | Timothy L. Alger, Bar No. 160303 |
| 2 | TAlger@perkinscoie.com |
|   | Sunita Bali, Bar No. 274108 |
| 3 | SBali@perkinscoie.com |
|   | PERKINS COIE LLP |
| 4 | 3150 Porter Drive |
|   | Palo Alto, California 94304-1212 |
| 5 | Telephone: 650.838.4300 |
|   | Facsimile: 650.838.4350 |
| 6 | Attorneys for Defendant |
| 7 | Facebook, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIKHS FOR JUSTICE "SFJ", INC., | | Case No. 5:15-cv-02442-HRL |
| | Plaintiff, | STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT |
| v. | | |
| FACEBOOK, INC., | | |
| | Defendant. | |

**STIPULATION**

Pursuant to Local Rule 6-1(a), Plaintiff Sikhs for Justice "SFJ", Inc. ("SFJ") and Defendant Facebook, Inc. ("Facebook"), by their respective attorneys hereby stipulate as follows:

1. WHEREAS on June 2, 2015, SFJ filed a Complaint for Injunctive Relief and Damages against Facebook (Dkt. No. 1) ("Complaint");

2. WHEREAS on June 4, 2015, SFJ caused the Complaint to be personally served on Facebook;

3. WHEREAS the current deadline for Facebook to respond to the Complaint is June 24, 2015;

4. WHEREAS the parties have agreed that Facebook's time to respond to the Complaint shall be extended 30 days, from June 24, 2015 to July 24, 2015;

5. WHEREAS the parties have not previously requested extensions of any deadlines, and this extension will not alter the date of any event or deadline already fixed by the Court;

6. WHEREAS by entering into this Stipulation, Facebook does not waive any defenses, rights, or privileges.

NOW, THEREFORE IT IS STIPULATED by and among the parties, through their respective counsel, that Defendant Facebook's deadline to respond to the Complaint is July 24, 2015.

**IT IS SO STIPULATED.**

Dated:  June 18, 2015          PANNUN THE FIRM, PC

                               By:  _____*/s/ Babak Pourtavoosi*_____
                                              Babak Pourtavoosi

                               Attorneys for Plaintiff
                               SIKHS FOR JUSTICE "SFJ", INC.

Dated:  June 18, 2015          PERKINS COIE LLP

                               By:  _____*/s/ Timothy L. Alger*_____
                                              Timothy L. Alger

                               Attorneys for Defendant
                               FACEBOOK, INC.

# **ATTESTATION**

I, Timothy L. Alger, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  June 18, 2015                              PERKINS COIE LLP

By:     */s/  Timothy L. Alger*
          Timothy L. Alger, Bar No. 160303
          TA@perkinscoie.com

Attorneys for Defendant
FACEBOOK, INC.